STATE *ex rel.* ERNEST DART v. JOHN D. BAKER, as Clerk Civil and Criminal Courts of Record, Duval County, *et al.*

192 So. 469

Division A

Opinion Filed September 26, 1939

Rehearing Denied January 2, 1940

*P. Donald DeHoff, Wm. J. DeHoff* and *DeHoff & De-Hoff,* for Relator;

*J. Henry Blount* and *Blount & Jones, Henry Ulmer* and *Stockton, Ulmer & Murchison,* for Respondents.

PER CURIAM.—The pleadings in this case were considered by the Court on two previous occasions. State *ex rel.* Dart v. Baker, 132 Fla. 820, 182 South. Rep. 223; State *ex rel.* Dart v. Baker, 138 Fla. 432, 189 South. Rep. 416.

The matter is now presented upon the demurrer of the relator addressed to the respondents' return to the alternative writ of mandamus as amended and the motion of the relator to strike various parts of that pleading.

The Court has heard the argument of counsel for the respective parties and is of the opinion that the demurrer should be overruled and that the motion should be denied except as to paragraphs four to nine, inclusive, of Section IX.

It is, therefore, ordered that the demurrer be overruled and that the motion to strike paragraphs four to nine, inclusive, of Section IX, be granted.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.